UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

D.S. AND M.S. PARENTS, ET AL.,
            Plaintiff(s),

v.

SANTA CRUZ CITY SCHOOL
DISTRICT, ET AL.,
            Defendant(s).
_____/

CASE NO. C12-00850 LHK

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS
**AS MODIFIED**

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        X    Early Neutral Evaluation (ENE) (ADR L.R. 5)
        ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☐    Private ADR *(please identify process and provider)* _____
_____

The parties agree to hold the ADR session by:
        ☐    the presumptive deadline *(The deadline is 90 days from the date of the order
             referring the case to an ADR process unless otherwise ordered.)*

        ☐    other requested deadline _____

Dated: 7/2/12

Dated: 7/2/12

_____
Valerie Mulhollen,
Attorney for Plaintiff

_____
Daniel A. Osher, Lozano Smith
Attorneys for Defendant
Santa Cruz City Schools

Dated: 7/3/12

_Nancy Klein_
Nancy Klein
Attorney for Defendant
Santa Cruz County Office of Education

Dated: _____

_____
Betsy Allen
Attorney for Defendant
Santa Cruz County Mental Health

CONTINUE TO FOLLOWING PAGE

Page 2 of 3

Dated: _____

Nancy Klein
Attorney for Defendant
Santa Cruz County Office of Education

Dated: 07/09/12

Betsy Allen
Attorney for Defendant
Santa Cruz County Mental Health

CONTINUE TO FOLLOWING PAGE

Page 2 of 3

[~~PROPOSED~~] ORDER

   ☐  The parties' stipulation is adopted and IT IS SO ORDERED.
   X  The parties' stipulation is modified as follows, and IT IS SO ORDERED.
     **The deadline is 90 days from the date of this order.**

Dated: **7/12/2012**          *Lucy H. Koh*
                 UNITED STATES JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. (2/11)


IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh