DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
BETSY L. ALLEN, State Bar No. 148386
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2049
Fax: (831) 454-2115

Attorneys for Defendant Santa Cruz
County Children's Mental Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| D.S. AND M.S. PARENTS, On behalf of Student J.S., <br><br>  Plaintiff, <br> v. <br><br> SANTA CRUZ CITY SCHOOL DISTRICT, AND SANTA CRUZ COUNTY OFFICE OF EDUCATION, AND SANTA CRUZ COUNTY CHILDREN'S MENTAL HEALTH, <br><br>  Defendants. | Case No. CV12-00850 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS TO DEFENDANT SANTA CRUZ COUNTY CHILDREN'S MENTAL HEALTH |

## **STIPULATION**

Plaintiffs D.S. and M.S. Parents, on behalf of J.S., and J.S. hereby dismiss with prejudice this entire action, including all claims therein, against defendant Santa Cruz County Children's Mental Health only.  The parties to this stipulation are responsible for their own attorney fees and costs resulting from this litigation.

Dated:  June 21, 2013 　　　　　　/S/_____
　　　　　　　　　　　　　　　　Valerie J. Mulhollan
　　　　　　　　　　　　　　　　Attorney for Plaintiffs, D.S. and M.S. Parents
　　　　　　　　　　　　　　　　on behalf of J.S., and J.S.

Dated: June 21, 2013                         DANA McRAE, COUNTY COUNSEL


                                             By:      /S/
                                                  Betsy L. Allen
                                                  Assistant County Counsel
                                                  Attorney for Santa Cruz County Children's
                                                  Mental Health


### [PROPOSED] ORDER

The Court accepts the stipulation of the parties as outlined above.

IT IS SO ORDERED.


Dated: June 21, 2013                         *Lucy H. Koh*
                                             Lucy H. Koh
                                             United States District Judge