```
1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  BETSY L. ALLEN, State Bar No. 148386
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2049
   Fax: (831) 454-2115
5
6  Attorneys for Defendant Santa Cruz
   County Children's Mental Health
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| D.S. AND M.S. PARENTS,<br>On behalf of Student J.S.,<br><br>    Plaintiff,<br>v.<br><br>SANTA CRUZ CITY SCHOOL DISTRICT, AND SANTA CRUZ COUNTY OFFICE OF EDUCATION, AND SANTA CRUZ COUNTY CHILDREN'S MENTAL HEALTH,<br><br>    Defendants. | Case No. CV12-00850<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AS TO DEFENDANT SANTA CRUZ COUNTY CHILDREN'S MENTAL HEALTH |

### **STIPULATION**

Plaintiffs D.S. and M.S. Parents, on behalf of J.S., and J.S. hereby dismiss with prejudice this entire action, including all claims therein, against defendant Santa Cruz County Children's Mental Health only. The parties to this stipulation are responsible for their own attorney fees and costs resulting from this litigation.

Dated: June 21, 2013          _____/S/_____
                              Valerie J. Mulhollan
                              Attorney for Plaintiffs, D.S. and M.S. Parents
                              on behalf of J.S., and J.S.

Dated: June 21, 2013                    DANA McRAE, COUNTY COUNSEL

By: ___/S/_____
    Betsy L. Allen
    Assistant County Counsel
    Attorney for Santa Cruz County Children's
    Mental Health

### [PROPOSED] ORDER

The Court accepts the stipulation of the parties as outlined above.

IT IS SO ORDERED.

Dated: June 21, 2013            *Lucy H. Koh*
    Lucy H. Koh
    United States District Judge