Margaret M. Merchat, Esq. (SBN 88989)
Nancy L. Klein, Esq.  (SBN 127662)

School & College Legal Services of California
5350 Skylane Blvd.
Santa Rosa, California 95403
Telephone: (707) 524-2690
Fax: (707) 578-0517

Attorneys for Santa Cruz County Office of Education

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| D.S. AND M.S. PARENTS, ON BEHALF OF STUDENT J.S.<br><br>PLAINTIFFS,<br><br>v.<br><br>SANTA CRUZ CITY SCHOOL DISTRICT, AND SANTA CRUZ COUNTY OFFICE OF EDUCATION, AND SANTA CRUZ COUNTY CHILDREN'S MENTAL HEALTH SERVICES<br><br>DEFENDANTS | Case No. CV12-00850-LHK<br><br>**NOTICE OF SETTLEMENT STATUS AND STIPULATION RE: DISMISSAL WITH  PREJUDICE OF SANTA CRUZ COUNTY OFFICE OF EDUCATION** |

Pursuant to this Court's Order dated June 20, 2013, Plaintiffs D.S., M.S., and J.S. and Defendants Santa Cruz County Office of Education and Santa Cruz City School District submit this Notice of Settlement Status to confirm that the parties have finalized the terms and executed a Settlement Agreement to fully and finally resolve all matters in the above-referenced action as more particularly set forth in the Settlement Agreement.

With respect to Defendant Santa Cruz City School District, the Settlement Agreement is subject to review and final approval of its Governing Board.  The Settlement Agreement will be considered by the Governing Board at its meeting on the August 21, 2013.

Further, in accordance with the aforementioned Order, D.S., M.S., and J.S. hereby stipulate to dismissal with prejudice of the above-referenced action as to Santa Cruz County Office of Education.

Dated:  June 28, 2013

/VJM/
_____
Valerie Mulhollen, Attorney for Plaintiffs

Dated:  June 28, 2013

SCHOOL AND COLLEGE LEGAL SERVICES OF CALIFORNIA

/NLK/
_____

By:  Nancy L. Klein
Attorneys for Defendant Santa Cruz County Office of Education

Dated:  June 28, 2013

LOZANO SMITH

/DAO/
_____

By:  Daniel A. Osher
Attorneys for Defendant Santa Cruz City School District

## PROPOSED ORDER

The above-referenced action is dismissed with prejudice as to Defendant Santa Cruz County Office of Education.

**IT IS SO ORDERED.**

Dated: July 2, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Court Judge